535 A.2d 1050

**PENNSYLVANIA SOCIETY OF ORAL & MAXILLOFACIAL SURGEONS, William W. Weiss, Jr., D.D.S. and Allan S. Shaw, D.D.S., Appellants,**

v.

**INSURANCE COMMISSIONER OF the COMMONWEALTH OF PENNSYLVANIA, Continental Casualty Company and National Fire Insurance Company of Hartford.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1987.

Decided Jan. 19, 1988.

Harvey Bartle, III, Philadelphia, for appellants.

Arthur Selikoff, M. Hannah Leavitt, Harrisburg, for Ins. Com'n.

Robert E.J. Curran, Media, for Continental Cas. Co. & Nat. Fire Ins. Co. of Hartford.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.